# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1475

_____

William Perry Lacey,                     *
                                         *
        Appellant,                       *
                                         *   Appeal from the United States
    v.                                   *   District Court for the Southern
                                         *   District of Iowa.
Iowa Board of Corrections, Iowa          *
Medical and Classification Center,       *          [UNPUBLISHED]
                                         *
        Appellee.                        *

_____

Submitted:  August 22, 2000

Filed:  August 31, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

William Lacey appeals from the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e(a) of the Prison Litigation Reform Act of 1995. Having carefully reviewed the record and appellant's brief, we conclude dismissal was proper because Lacey's complaint failed to state a claim of deliberate indifference to

_____

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

his health and safety.  See 42 U.S.C. § 1997e(c)(2); Stephens v. Johnson, 83 F.3d 198, 200 (8th Cir. 1996).

Accordingly, we direct the district court to dismiss this matter with prejudice but otherwise affirm the judgment of the district court without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.